Max P. Flusche, Jr., Asst. Atty. Gen., Austin, Tex., for respondent-appellee.

Before BROWN, Chief Judge, and RIVES and DYER, Circuit Judges.

PER CURIAM:

Upon consideration of the briefs and oral arguments in this appeal, we conclude that the record developed in the state post-conviction proceedings was insufficient to support the denial of federal habeas corpus relief without a hearing. Therefore the judgment of the district court is vacated and the cause remanded with directions to hold an evidentiary hearing.

Vacated and remanded with directions.

Acting Chief Counsel, IRS, Washington, D. C., for respondent.

Mac Asbill, Jr., Jerome B. Libin, David R. Woodward, Washington, D. C., for amicus curiae.

Before BROWNING and GOODWIN, Circuit Judges, and NIELSEN,* District Judge.

OPINION

PER CURIAM:

The judgment of the Tax Court (*see* 57 T.C. 633) is affirmed. *Chock Full O'Nuts Corp. v. United States*, 453 F.2d 300 (2d Cir. 1971); *AMF, Inc. v. United States*, 476 F.2d 1351 (Ct.Cl.1973). *See generally*, Fleisher & Cary, The Taxation of Convertible Bonds and Stocks, 74 Harv.L.Rev. 473 (1961).

**HUNT FOODS AND INDUSTRIES, INC., Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 72-2440.

United States Court of Appeals, Ninth Circuit.

May 20, 1974.

Walter J. Rockler (argued), Julius M. Greisman, Richard L. Hubbard, Arnold & Porter, Washington, D. C., Hilbert P. Zarky, Mitchell, Silberberg & Knupp, Los Angeles, Cal., Stuart S. Opotowsky, Alan D. Berlin, New York City, for petitioner.

Ernest J. Brown (argued), Scott P. Crampton, Asst. Atty. Gen., Tax Div., U. S. Dept. of Justice, Lee H. Henkel, Jr.,

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

and

**Bartenders and Culinary Workers Union, Intervenor,**

v.

**HOWARD JOHNSON COMPANY, Respondent.**

No. 73-2927.

United States Court of Appeals, Ninth Circuit.

May 15, 1974.

Elliott Moore, Asst. Gen. Counsel, NLRB, Washington, D. C., Roy O. Hoffman, Director, Region 20, NLRB, San Francisco, Cal., for petitioner.

* Honorable Leland C. Nielsen, United States District Judge, Southern District of California, sitting by designation.